UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH DIGGS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01112 (EGS) |
| | ) | |
| **JOHN E. POTTER, POST MASTER,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7238

Dated:  July 30, 2005