AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

KEITH B. DIGGS

V.

JOHN E. POTTER, POSTMASTER GENERAL

**SUMMONS IN A CIVIL ACTION**

C

CASE NUMBER  1:05CV01112

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 06/03/2005

TO: (Name and address of Defendant)

Kenneth L. Wainstein, Esquire
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard E. Patrick
6377 Little River Turnpike
Alexandria, VA 22312
(703) 256-7754

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 03 2005

CLERK      DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 11, 2005   Time - 1:30 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Vonstacia Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Kenneth L. Wainstein, Esquire, U.S. Attorney for the District of Columbia was served via Substitute Service to Ms. Cynthia Parker, Paralegal Specialist, the authorized designee to accept legal service of Process.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/05
             Date

Signature of Server  Process Server

Commonwealth of VA Sur. of Process
P.O. Box 23914, Alex., VA 22304
Address of Server  703-212-9091

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.