UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH DIGGS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01112 (EGS) |
| | ) | |
| **JOHN E. POTTER, POST MASTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer, or otherwise respond to Plaintiff's Complaint to October 9, 2005. Defendant's response is currently due on September 9, 2005. This case seeks redress for Defendant's alleged unlawful employment actions based on Plaintiff's race, gender and age. Complaint, pg. 1. Defendant anticipates filing a dispositive motion in lieu of an answer, but due to personnel losses within the defendant agency and the pre-existing vacation schedule of agency counsel and unanticipated events on the undersigned's calendar, Defendant will need additional time to consult with agency counsel and to finalize the response. Further, this extension is sought in good faith and Plaintiff has consented to this extension of time.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including October 9, 2005, to answer or otherwise respond to Plaintiff's Complaint.

Dated: September 2, 2005

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

\_\_\_\_/s/_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238