UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH DIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01112 (EGS) |
| | ) | |
| JOHN E. POTTER, POST MASTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO COMPLAINT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer, or otherwise respond to Plaintiff's Complaint to October 18, 2005. Defendant's response is currently due on October 11, 2005. This case seeks redress for Defendant's alleged unlawful employment discrimination. Complaint, pg. 1. Counsel for Defendant has been working with agency counsel to meet the current deadline; however, due to agency counsel's absence for family related matters and the undersigned's unexpected mediation requirements (Perry v. Chao, 03-02495) and general case load which now includes previously unexpected appellate matters before the Ninth Circuit (Satinderpal Singh Jassi and Parmjit Kaur v. John Ashcroft, consolidated Nos. 03-74675, 03-71516), Defendant has not been able to produce a response. Defendant anticipates filing a dispositive motion in lieu of an answer, but Defendant will need additional time to consult with

agency counsel and to finalize the response. Further, this extension is sought in good faith and Plaintiff 's counsel has taken no position as to this request for an extension of time.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including October 18, 2005, to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 7, 2005                     Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238