UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH DIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01112 (EGS) |
| | ) | |
| JOHN E. POTTER, POST MASTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge the Time, and the entire record in this case, it is, hereby

ORDERED that Defendant's Motion is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall file their response to Plaintiff's answer on or before October 18, 2005.


Dated: _____, 2005.


                                              _____
                                              UNITED STATES DISTRICT JUDGE