IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

## NOTICE OF CHANGE OF ADDRESS

The address of counsel for Plaintiff is changed as follows:

    Richard E. Patrick
    **PATRICK HENRY LLP**
    **7619 Little River Turnpike**
    **Suite 340**
    **Annandale, Virginia  22003**
    **(703) 256-7754-phone**
    **(703) 256-7883-fax**

    Respectfully submitted,

    KEITH DIGGS
    By Counsel

    PATRICK HENRY LLP


By:___/s/_____
    Richard E. Patrick, D.C. Bar # 396571
    PATRICK HENRY LLP
    7619 Little River Turnpike
    Suite 340
    Annandale, Virginia 22003
    (703) 256-7754
    (703) 256-7883-facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November, a true and exact copy of the foregoing Change of Address was mailed by first class mail, postage pre-paid, to Benton G. Peterson, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick