**EQUAL EMPLOYMENT OPPORTUNITY OFFICE**

JAN 3 0 2003

CAPITOL HEIGHTS, MD 20790-7606

**U.S. Postal Service**
**Information for Pre-Complaint Counseling**

| Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|
| By (Initials) | Case No. | | |

On __01-30-03__, you requested an appointment with a Dispute Resolution Specialist.
   Month, Day, Year

Important: Please Read. You should complete this form and return it to the EEO office **within 10 calendar days of receipt**. This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name (Last, First, MI): **DIGGS Keith B.**
Social Security No.: 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
Home Telephone No.: (301) 345-4357
Your Mailing Address: 9304 Edmonston Rd # 203
Name of Postal Facility Where You Work: Calvert Station / Brentwood P & DC
Office Telephone No.: ( )
Address of Postal Facility: 
Email Address:

Employment Status (Check One): ☐ Applicant  ☐ Casual  ☐ TE  ☑ Career
Position Title: MAIL PROCESSOR
Grade Level: 06
Pay Location:    Tour:    Duty Hours: N/A
Off Days (If Tour II, Show Nights Off): N/A
Time in Current Position: 2 Years ___ Months
Your Supervisor's Name: Helen Jackson
Supervisor's Title: Supv.
Supervisor's Telephone No.: ( )

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability,* or in *Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? (Please be specific, i.e., Race - African American, Sex - Female.)

I am alleging retaliation on the part of Postal Mgmt. Compensation Dept of the postal service

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity.  Case No.: _____
    Month, Day, Year
2. On _____, I engaged in EEO activity.  Case No.: _____
    Month, Day, Year

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On __1-27__, 20__03__
   Month, Day       Year

I recieved by certified mail from the U.S. Postal Service a letter dated 1-27-03 from absence control requesting medical documentation for an unsubstantiated absence from my position or job I worked at Calvert Station. Read cover letter and evidence already faxed to Absence Control on 1-29-03 These actions can only be interpreted as an attempt to remove or dismiss me from the Postal Ranks.

PS Form 2564-A, March 2001 (Page 1 of 3)

Attachment 1

### D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____ Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   (Name of Employee)
   was treated differently than I when: I am the only person from Tour III Injured section to recieve such a written request.

2. _____ Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   (Name of Employee)
   was treated differently than I when: _____

3. _____ Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   (Name of Employee)
   was treated differently than I when: _____

### E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

1a. Name: All Those people who would have the authority to request such Documents
b. Title:
c. Office:
d. Grade Level:

2a. Name:
b. Title:
c. Office:
d. Grade Level:

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?
☒ Yes   ☐ No   If yes, explain how the official(s) became aware: The Whole Brentwood Compensation Dept and or Management personnel of the Brentwood facility.

### F. Resolution

What are you seeking as a resolution to your pre-complaint? Monetary Settlement and my position back at the USPS

### G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?   ☒ No   ☐ Yes   If yes, _____ (Date) _____ (Current Step)
2. Filed an MSPB appeal on this issue?   ☒ No   ☐ Yes   If yes, _____ (Date Appeal Filed)

PS Form 2564-A, March 2001 (Page 2 of 3)

### H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?  ☐ No  ☐ Yes  Doesn't Matter

### I. Representation

You have the right to retain representation of your choice. *(check one)*

☐ I waive the right to representation at this time.   ☐ I authorize the person listed below to represent me.

Name of Representative: Richard Patrick
Representative's Title: Attorney
Organization: Patrick, Henry, Cerrelli, Lewis
Telephone Number: (703) 256-7754
Email Address*:
Mailing Address (Street or P.O. Box, City, State and Zip +4): Little River Turnpike, Alex, VA. 6377  22312-5002

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

### J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

### K. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to a expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to th Office of Management and Budget for review of private relief legislation to an independent certified public accountant during an official audit o USPS finances; to an investigator, administrative judge or complaint examiner appointed by the Equal Employment Opportunity Commissio for investigation of a formal EEO complaint under 29 CFR 1614; to th Merit Systems Protection Board or Office of Special Counsel fo proceedings or investigations involving personnel practices and othe matters within their jurisdiction; and to a labor organization as required b the National Labor Relations Act. Under the Privacy Act provision, th information requested is voluntary for the complainant, and for Posta Service employees and other witnesses.

### L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-complaint Counseling*, I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here: KEITH B. DIGGS
Your Signature: Keith B. Diggs
Date signed: 1-30-03

Please return this form to:

EEO OFFICE
CAPITAL DISTRICT
9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD 20790-7606

PS Form 2564-A, March 2001 (Page 4 of 3)