**EQUAL EMPLOYMENT OPPORTUNITY OFFICE**

MAR - 7 2003

CAPITOL HEIGHTS, MD 20790-7806

Date: 3/7/2003
Mediator Case No.: 03-CMA-1087-034
USPS EEO Case No.: 1K-201-0023-03
District: Capital Metro

**UNITED STATES POSTAL SERVICE**

## SETTLEMENT AGREEMENT FORM

### IN THE MATTER OF MEDIATION BETWEEN

Counselee: Keith Diggs

Management Official: Toni Grier

Any alleged breach arising out of the implementation of or compliance with this settlement agreement must be reported in writing to the EEO Office within 30 days of the alleged breach.

THIS AGREEMENT DOES/DOES NOT NEED TO BE APPROVED BY _____ (e.g., union official, management official, labor relations, etc.).

### AGREEMENT

As a complete and final settlement of the subject matter, and without prejudice to the position of the parties in any other case, and with the understanding that it will not be cited in other proceedings, the parties have entered into the following resolution. It is mutually agreed between the parties that this matter be resolved as follows:

1) Mr. Keith Diggs shall provide to Injury Compensation, 9201 Edgeworth Drive, Capitol Heights, MD 20790-9998, to the attention of Ms. Toni Grier, copies of documentation relating to the CA7s filed following January 25, 2002, the date he was sent home because of an unavailability of work and the DOL denial.

2) Mr. Diggs shall also provide written notice to Ms. Grier of his doctor's appointment to have his medical restrictions updated.

3) Ms. Grier shall contact Mr. Diggs' assigned office to have a CA17 sent to him for submission to the medical provider at the scheduled appointment.

4) Items 1-3 shall be completed by March 14, 2003.

Initials: KBD Counselee    TG Mgt. Official    _____ Union Rep.

_____ Counselee's Rep.    _____ Mgt. Official Rep.

Page 1 of 3

Attachment 2

Settlement Form Revised 11/99

Date: 3/7/2003
Mediator Case No.: 03-CMA-1987-034
USPS EEO Case No.: 1K-201-0023-03
District: Capital Metro

5) Mr. Diggs shall provide Ms. Grier with an updated CA17 following his doctor's appointment. This documentation shall be accompanied with his letter of job responsibilities he feels that he can perform in accordance with his restrictions.

6) Ms. Grier will then present the restrictions received to the proper operations to determine if a job can be made available to Mr. Diggs. However, there is no guarantee that a position will be available to suit his restrictions.

7) The parties agree to work together to investigate the payment issue and coordinate whatever payments may be due with unemployment compensation received offsetting the amounts that may be due to Mr. Diggs. Mr. Diggs will provide Ms. Grier with copies of the documentation concerning his unemployment by March 14, 2003. Apply

8) In the event that there is a concern about the provisions of this agreement being executed, each party will confer with the other first and then with the EEO office of the Post Office.

Initials: KBD Counselee    /G Mgt. Official    ___ Union Rep.
         ___ Counselee's Rep.    ___ Mgt. Official Rep.

Page 2 of 3

Settlement Form
Revised 11/99

Date: 3/7/2003
Mediator Case No.: 03-CMA-1087-03
USPS EEO Case No.: 1K-201-0025-03
District: Capital Metro

This agreement constitutes a full and final settlement of all issues arising out of the subject matter of the following EEO complaint numbers and by signing this agreement the counselee withdraws any and all pending EEO complaints and appeals relative to the subject matter of these complaints:

Management agrees to the contents of this resolution solely in an effort to resolve the counselee's allegation(s), and this agreement should not be construed as an admission of discrimination or wrongdoing on the part of any official of the U.S. Postal Service.

Unless otherwise agreed above, the complainant waives all rights to attorney's fees or costs related to the EEO complaints resolved by this agreement.

**If there are related grievances (beyond Step 1) which the parties would like to withdraw, an authorized union official must sign below.** The counselee wishes to withdraw the following grievances:

If the terms of this agreement are determined to violate a provision of the applicable collective bargaining agreement, this agreement will be null and void. In the event that this agreement becomes null and void, the complainant will be allowed to either renegotiate the terms of this agreement to be in compliance with the llective bargaining agreement OR to reinstate his or her complaint.

Everyone signing this document does so fully and without coercion.

The parties understand that the terms of this agreement are protected by the Privacy Act (5 U.S.C. § 570 and following) and agree to keep the terms of this agreement confidential except as otherwise required by law and as necessary to carry out the terms of the agreement or resolve disputes over compliance of this agreement.

_____     3/7/03
Signature of Mgt. Official           Date

_____     3/7/03
Signature of Mgt. Official Rep. (if any)   Date

_____     _____
Signature of Counselee               Date

_____     _____
Signature of Counselee's Rep. (if any)   Date

_____     _____
Signature of Union Official for the Union   Date
(only if grievances are being withdrawn)

Page 3 of 3

Settlement Form
Revised 11/9