UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOHN E. POTTER, )<br>POST MASTER GENERAL, )<br>)<br>Defendant. ) | Civil Action No. 05-01112<br>(EGS) |

ORDER

Upon Consideration Of The Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, Plaintiff's Opposition thereto, and the entire record herein, it is on this

____ day of _____, 2005, hereby

    ORDERED that the said motion should be and hereby is GRANTED; and it is

    FURTHER ORDERED that the plaintiff's Complaint is hereby dismissed with prejudice.

Date:                                                   _____
                                                         UNITED STATES DISTRICT JUDGE