UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH DIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01112 |
| | ) | |
| | ) | (EGS) |
| | ) | |
| JOHN E. POTTER, | ) | |
| POST MASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Defendant, John E. Potter, through counsel, respectfully notifies the Court that he has, this 18th day of November, 2005, submitted to the Clerk's Office and served on opposing counsel the 1998 and 2000 Report of Investigation pertinent to the above captioned matter in CD-ROM format. These records support Defendants' Motion to Dismiss or in the alternative for Summary Judgment, which was filed today.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this _18th  day  of November, 2005, a true and

correct copy of the foregoing was sent via First Class U.S. Mail, postage prepaid, to:

    Richard E. Patrick
    PATRICK HENRY LLP
    7619 Little River Turnpike
    Suite 340
    Annandale, Virginia 22003
    (703) 256-7754-phone
    (703) 256-7883-fax

    _____
    BENTON PETERSON
    Assistant United States Attorney