IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**PLAINTIFF S MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT S MOTION FOR
SUMMARY JUDGMENT OR IN THE ALTERNATIVE MOTION TO DISMISS**

NOW COMES the Plaintiff, by counsel, and moves this Honorable Court for a two week extension of time within which to file his response to defendant s motion for summary judgment or in the alternative motion to dismiss. The grounds are as follows.

1.   Defendant was granted two extensions to file responsive pleadings to plaintiff s complaint, and defendant filed an answer on October 18, 2005.

2.   On November18, 2005, defendant filed its motion for summary judgment or in the alternative to dismiss.  Plaintiff s response is due on December 2, 2005.

3.   In its motion, defendant raised several issues, which require the Plaintiff to acquire detailed affidavits in opposing the motion. The parties have filed their joint report, but no discovery has yet been taken.  In order to properly oppose the defendant s motion, the plaintiff needs additional time to acquire detailed affidavits from various individuals, some of whom the plaintiff is still trying to contact.

4. This request is for good cause and is in the interest of justice.

5. The defendant has consented to an extension, but the parties did not agree on the length of the extension.

6. The defendant will not be prejudiced if the court grants the plaintiff a two-week extension.

WHEREFORE, for the above reasons, the Plaintiff respectfully requests that this Honorable Court grant him a two-week extension of time within which to respond to the defendant s motion for summary judgment or in the alternative motion to dismiss.

        Respectfully submitted,

        KEITH DIGGS
        By Counsel

        PATRICK HENRY LLP


        By:___/s/_____
            Richard E. Patrick, D.C. Bar # 396571
            PATRICK HENRY LLP
            7619 Little River Turnpike
            Suite 340
            Annandale, Virginia 22003
            (703) 256-7754
            (703) 256-7883-facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2005, a true and exact copy of the foregoing Plaintiff's Motion for an Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment or in the Alternative Motion to Dismiss was mailed by first class mail, postage pre-paid, to Benton G. Peterson, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for John E. Potter, U.S. Postmaster General.

_____/s/_____
                Richard E. Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| JOHN E. POTTER,<br>POSTMASTER GENERAL | : |
| Defendants. | : |

**ORDER**

Upon consideration of Plaintiff's Motion for an Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment or in the Alternative Motion to dismiss, the entire record herein, and for good cause shown, it is, hereby

ORDERED that Plaintiff's Motion is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff shall file his response to Defendant's Motion for summary Judgment or in the Alternative Motion to dismiss, on or before December 16, 2005.

Entered this _____ day of: _____, 2005.

_____
UNITED STATES DISTRICT JUDGE