UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH DIGGS,                              )
                                          )
                    Plaintiff,            )
                                          )
         v.                               )          Civil Action No. 05-01112 (EGS)
                                          )
JOHN E. POTTER, POST MASTER,              )
                                          )
                    Defendant.            )

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the

above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil

Procedure, for an enlargement of time within which to respond to Plaintiff's Opposition to

Defendant's Motion for Summary Judgment. Defendant's reply to Plaintiff's Opposition to

Defendant's Motion for Summary Judgment is currently due on December 29, 2005. Counsel

for Defendant has been working with agency counsel to meet the current deadline, however, due

to unanticipated conflicts and severe staffing shortages in Defendant agency's legal department,

Defendant is seeking an enlargement of time in which to reply to Plaintiff's Opposition to

Defendant's Motion to Dismiss. Defendant agency has recently had to lay off four attorneys and

is currently under a hiring freeze requiring the remaining agency attorneys to assume the

caseload of the departing attorneys. As a result, Defendant agency has been unable to provide

the undersigned with the information needed to respond to Plaintiff's Opposition.

Additionally, in part due to Plaintiff's enlargement of time, the undersigned has run into several scheduling conflicts, including preparation for a trial in early January (Ouzt v. Hantman (03-01275); an interlocutory appeal (Moore v. Chertoff (00-0953) and working with the Central Intelligence Agency to meet a Court imposed deadline for filing a protective order in the first week of January  (Morely v. CIA, 03-02545).  Accordingly, Defendant will need a small extension of time to consult with agency counsel and to finalize the reply in this matter.  Further, this extension is sought in good faith and Plaintiff's counsel has consented to this request for an extension of time.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including January 6, 2006, to respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Dated: December 23, 2005                    Respectfully submitted,

_____

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____

BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division

-2-

Washington, D.C.  20530
(202) 514-7238