EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

JAN 3 0 2003

CAPITOL HEIGHTS, MD 20790-7606

**U.S. Postal Service**
**Information for Pre-Complaint Counseling**

| Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|
| By (Initials) | Case No. | | |

On __01-30-03__, you requested an appointment with a Dispute Resolution Specialist.
   Month, Day, Year

Important: Please Read. You should complete this form and return it to the EEO office **within 10 calendar days of receipt**. This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name (Last, First, MI): **DIGGS Keith B.**
Social Security No.: **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**
Home Telephone No.: **(301) 345-4357**

Your Mailing Address: **9304 Edmonston Rd #203**

Name of Postal Facility Where You Work: **Calvert Station / Brentwood P & DC**
Office Telephone No.: ( )

Address of Postal Facility: 
Email Address:

Employment Status (Check One): ☒ Career
Position Title: **Mail Processor**
Grade Level: **06**

Pay Location: 
Tour: 
Duty Hours: **N/A**
Off Days (If Tour II, Show Nights Off): **N/A**
Time in Current Position: **2** Years ___ Months

Your Supervisor's Name: **Helen Jackson**
Supervisor's Title: **Supv.**
Supervisor's Telephone No.: ( )

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging?: 

I am alleging retaliation on the part of Postal Mgmt. Compensation Dept of The postal Service

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity. Case No.: _____
2. On _____, I engaged in EEO activity. Case No.: _____

### C. Description of Incident/Activity

On __1-27__, 20__03__

I recieved by certified mail from the U.S. Postal Service a letter dated 1-27-03 from absence control requesting medical documentation for an unsubstantiated absence from my position or job I worked at Calvert station. Read cover letter and evidence already faxed to Absence Control on 1-29-03 These actions can only be interpreted as an attempt to remove or dismiss me from the Postal Ranks.

PS Form 2564-A, March 2001 (Page 1 of 3)

Attachment 1

### D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____  Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   (Name of Employee)
   was treated differently than I when: I am the only person from Tour III Injured section to recieve such a written request.

2. _____  Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   (Name of Employee)
   was treated differently than I when: _____

3. _____  Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   (Name of Employee)
   was treated differently than I when: _____

### E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

1a. Name: All Those people who would have the authority to request such Documents
b. Title:
c. Office:
d. Grade Level:

2a. Name:
b. Title:
c. Office:
d. Grade Level:

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?
☒ Yes  ☐ No   If yes, explain how the official(s) became aware: The whole Brentwood Compensation Dept and or Management personauel of the Brentwood facility.

### F. Resolution

What are you seeking as a resolution to your pre-complaint? Monetary Settlement and my position back at the USPS

### G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?  ☒ No  ☐ Yes  If yes, _____ (Date) _____ (Current Step)
2. Filed an MSPB appeal on this issue? ☒ No ☐ Yes  If yes, _____ (Date Appeal Filed)

PS Form 2564-A, March 2001 (Page 2 of 3)

### H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity? ☐ No   ☐ Yes   Doesn't Matter

### I. Representation

You have the right to retain representation of your choice. *(check one)*

☐ I waive the right to representation at this time.   ☐ I authorize the person listed below to represent me.

Name of Representative: Richard Patrick

Representative's Title: Attorney

Organization: Patrick, Henry, Cerrelli, Lewis

Telephone Number: (703) 256-7754

Email Address*:

Mailing Address (Street or P.P. Box, City, State and Zip +4): Little River Turnpike   Alex  VA.  6377  22312-5002

*Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

### J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

### K. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to a expert, consultant or other person under contract with the USPS to fulfil an agency function; to the Federal Records Center for storage; to th Office of Management and Budget for review of private relief legislation to an independent certified public accountant during an official audit o USPS finances; to an investigator, administrative judge or complaint examiner appointed by the Equal Employment Opportunity Commissio for investigation of a formal EEO complaint under 29 CFR 1614; to th Merit Systems Protection Board or Office of Special Counsel fo proceedings or investigations involving personnel practices and othe matters within their jurisdiction; and to a labor organization as required to the National Labor Relations Act. Under the Privacy Act provision, th information requested is voluntary for the complainant, and for Posta Service employees and other witnesses.

### L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-complaint Counseling*, I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here: KEITH B. DIGGS

Your Signature: Keith B. Diggs

Date signed: 1-30-03

Please return this form to:

EEO OFFICE
CAPITAL DISTRICT
9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD 20790-7606

PS Form 2564-A, March 2001 (Page 4 of 3)