UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01112 |
| ) | |
| ) | (EGS) |
| ) | |
| JOHN E. POTTER, ) | |
| POST MASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon Consideration Of The Defendant's Renewed Motion To Dismiss Or, In The Alternative, For Summary Judgment, Plaintiff's Opposition thereto, and the entire record herein, it is on this

____ day of _____, 2006, hereby

    ORDERED that the said motion should be and hereby is GRANTED; and it is

    FURTHER ORDERED that the plaintiff's Complaint is hereby dismissed with prejudice.

Date:                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE