UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POST MASTER GENERAL, )<br>)<br>Defendant. ) | Civil Action No. 05-01112<br>(EGS) |

## DEFENDANT'S NOTICE OF ERRATA

Defendant in the above captioned matter, through undersigned counsel, files this Notice of Errata regarding its Defendant's Motion to Dismiss of in the alternative for Summary Judgment, which was filed February 17, 2006. The undersigned learned today of an inadvertent omission of two exhibits referenced on the last page of the document. The undersigned now attaches to this Notice the two exhibits.

February 18, 2006

                                                    Respectfully submitted,

                                                  _____
                                                  BENTON G. PETERSON
                                                  Assistant United States Attorney
                                                  Judiciary Center Building, Room
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C.  20530
                                                  (202) 514-7238