IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01112 (EGS) |
| | ) |
| JOHN E. POTTER | ) |
| POST MASTER GENERAL, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

I, Keith B. Diggs, am over eighteen years of age, have personal knowledge of the matters stated in this Affidavit, and am competent to testify to the matters stated herein.

1. I make this Affidavit in support of my Opposition to the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

2. I filed three cases with the Postal Service EEO office between the periods 1997 and 2003.

3. During the EEO process did not conduct any written discovery, and in at least two cases, I was denied the opportunity to engage in discovery. Neither did I have the opportunity to depose any of the Postal Service employees, most of whom are adverse witnesses and who are in possession of information that is crucial to my ability to prosecute my case.

4. In order to properly pursue my case and respond to the motion for summary judgment, I need to engage in discovery, and among other things, depose several key individuals, including Toni Grier, John Grier, and Edgar Gramblin, Lisa Saunders, Julia Bills and Postal Service managers. I also need to depose individual employees who would be deemed as comparatives for the issues raised in my case.

5. I also need to discover evidence of similarly-situated employees since the defendant argues that, as the records stands, I cannot point to any other similarly situated individuals (Memorandum at p. 22).

6. In order to properly pursue my case and respond to the motion for summary judgment, I also need information relating to causation as its relates to my retaliation complaints (See Defendant's Memorandum at p. 28); information relating to whether Postal Service officials had any knowledge of my prior EEO activity; information relating to the creation of a hostile work environment at my place or work; information relating to the denial of reasonable accommodation and information relating to the placement of individuals on the overtime desired list and the granting of overtime.

7. I have been told by the Postal Service that there is no work for me, and I have not worked at the Postal Service for several years now, and I need information as to whether and why I have been singled out for this discriminatory treatment.

Executed this 16th day of December, 2005 in Prince George's County, Maryland.

_Keith B. Diggs_
Keith B. Diggs

**EXHIBIT 1**

2