## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### WASHINGTON FIELD OFFICE
1400 L Street, N.W., Suite 200
Washington, D.C. 20005

| | |
|---|---|
| Keith B. Diggs, Complainant, | EEOC Nos. 100-A1-7275X |
| | 100-A1-7594X |
| v. | |
| | Agency Nos. 1K-201-0121-98 |
| John E. Potter, Postmaster General, U.S. Postal Service, Agency. | 1K-201-0086-00 |

### ORDER

On May 29, 2003, I held a teleconference with the parties to resolve several outstanding matters in these cases. After consideration of their submissions, I now ORDER:

### 1. Motion to Consolidate these cases

These two cases were assigned to two different administrative judges. I am joining them for processing.

### 2. Case number 100-A1-7594X (agency no. 1K-201-0086-00)

The Agency's Motion for a New Discovery Period is DENIED.

Complainant served discovery requests in this case. The Agency did not reply. Complainant did not file a Motion to Compel.

Upon review of this case, I have determined that summary judgment may be appropriate. I will issue a Notice of Proposed Summary Judgment under separate cover.

### 3. Case number 100-A1-7275X (agency no. 1K-201-0121-98

The Agency's Motion for a New Discovery Period is DENIED.

Complainant filed a Motion to Compel Discovery in his case. The Agency did not reply to the Motion. At the teleconference, the Agency representative indicated that he had documents ready to provide the Complainant in answer to his discovery requests. The Agency must have already provided these documents to Complainant. If the Agency has not done so at the date of this Order, I am ordering the Agency to immediately provide these documents to Complainant.

Complainant must review the documents provided. If the documents provided do not answer his discovery requests, Complainant will amend accordingly, or reinstate, his Motion to Compel Discovery. The amendment or reinstatement of the Motion, is due June 9, 2003.

Discovery is now closed, except as above.

Motions for summary judgment in this case are due no later than June 24, 2003. Replies are due July 9, 2003.

Date:  June 3, 2003

Gladys O. Collazo
Administrative Judge
Tel. (202) 275-0073
Fax (202) 275-0076

TO:

(by facsimile transmission only)

Richard E. Patrick
Fax (703) 256-7883

Martin R. Wells
Fax (202) 314-6820