IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
|     Defendant. | ) |

## PARTIES' JOINT REPORT

Pursuant to the Court's October 19, 2005 Order and Fed. R. Civ. P. 26 (f), Plaintiff, Keith Diggs, and Defendant, John E. Potter , U.S. Postmaster, (collectively "the parties") by their undersigned counsel, have conferred and consented to the following discovery plan.

**Plaintiff's Brief Statement of case and Statutory Bases**: Plaintiff, an employee of the United States Postal Service, has filed a complaint of discrimination, pursuant to 42 U.S.C. §§ 2000e-3, 5, 16; and 29 U.S.C. §§ 701 and 794 (a); and 29 U.S.C. §633a, alleging that he has been discriminated against on the basis of his disability; his age; his race and in retaliation for seeking to enforce and protect his rights.

**Defendant's brief statement of the case**: The Plaintiff has been employed by the Postal Service since February 14, 1987. Plaintiff alleges retaliation and discrimination based on disability sex, race, age. Defendant's brief statement of defenses: Plaintiff has launched an impermissible collateral attack on the workers compensation process, as well as an impermissible collateral attack on an arbitration award. Second, the Plaintiff is unable to show that he is 'aggrieved.' Third, the Plaintiff is unable to show that he is disabled as defined by the Rehabilitation Act. Finally, the Plaintiff is unable to establish a prima facie case of

1

discrimination based on sex, race, age, disability or retaliation. Even if the Plaintiff could, he is unable to show that the Postal Service's legitimate, non-discriminatory reasons are pretextual. 42 U.S.C. § 2000e-16(c); 29 C.F.R. § 1614.110 (1997); 42 U.S.C. § 12102(2)(A);5 U.S.C. § 8102; 39 U.S.C. §§ 1001-1011, 1201-1209 and 28 U.S.C. §§ 2671-2689.

1. **Likelihood of Disposition by Dispositive Motion**: Plaintiff does not believe that this case can be disposed of by dispositive motions. Defendant believes this case can be disposed of by dispositive motion.

2. **Joining Additional Parties**: Plaintiff shall file his request for leave to join additional parties or amend pleadings on or before **November 12, 2006**. Defendant shall file its request for leave to join additional parties or amend pleadings on or before **December 12, 2006.** Some of the legal issues are capable of being narrowed.

3. **Assignment to a Magistrate Judge**: The parties do not wish to have this case assigned to a Magistrate Judge for all purposes.

4. **Possibility of Settlement**: Although the parties have not engaged in settlement discussions, the Plaintiff believes that there is a realistic possibility of settling this case. Defendant believes that settlement will not be necessary as the case can be disposed by motion. However, the Defendant remains open to any reasonable settlement offer.

5. **Alternative Dispute Resolution**: Plaintiff believes this case could benefit from ADR, and counsel has advised the plaintiff client about the benefits of ADR  Plaintiff also believes that this case could benefit from neutral case evaluation, which should begin implemented prior to the taking of any discovery.  Defendant believes that ADR will not be necessary as the case can be disposed of by motion.  However, the Defendant remains open to the possibility of ADR to discuss any reasonable offer

  **6.**  **Motion to Dismiss/Summary Judgment:** Oppositions to summary judgment should be filed withing 30 days after the motion for summary judgment has been filed and replies 15 days thereafter.  A decision should be made within 45 days after the reply has been filed.

  **7.** The parties shall exchange initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before **November 28, 2006.**

  **8.**  **Discovery:**  All discovery, except for the deposition of expert witnesses,  must be completed on or before **Monday, May 15, 2007**.  The parties agree that neither party shall serve more than thirty (30) interrogatories, including parts and sub-parts nor take more than five (7) non-party, non-expert depositions without leave of court.  There should be no limit on either request for production of documents or request for admissions. There might be a need for protective orders to protect medical and personnel files of employees involved.

  **9.**  **Expert Disclosures**: The parties shall make expert disclosures as required by Rule 26 (a) (2) on or before **March 7, 2007** for issues on which they bear the burden of proof.  Opposing reports shall be due on **April 9, 2007**.  Expert depositions should take place no later **June 14, 2007.**

  **10.**  **Class Actions**: This case does not involve a class action.

  **11.**  **Bifurcation of Trial and/or Discovery:** Neither trial or discovery in this case should be bifurcated.

  **12.**  **Pre-trial Conference:** The date for pretrial conference should be delayed until after the filing of dispositive motions.

  **13.**  **Setting of Trial Date:** A trial date should be set at the pretrial conference.

**14.** **Other Matters:**

**Electronic Service**: Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties consent to electronic service of pleadings, notices, motions, and other papers required to be served via facsimile transmission and/or electronic mail.  A paper copy of any pleadings so served shall be simultaneously mailed to all counsel.

Respectfully submitted,

_____/s/_____
Richard E .Patrick#396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Alexandria, Virginia 22003
(703) 256-7754
(703) 256-7883-facsimile
rpatrick@patrickhenry.net

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov