# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE MEDIATION

The case is set for mediation at 10:30 a.m. on January 16, 2007, before Magistrate Judge Robinson. After good faith discussions among the parties, parties wish to postpone the mediation session until after the close of discovery due to a need conduct more discovery to continue to establish the basis upon which to conduct the settlement negotiations.

WHEREFORE, parties move that the mediation session set for January 16, 2007, be postponed until after discovery is complete and that a new mediation session be established at date convenient to the Court.

Respectfully submitted,

_____/s/_____

Richard E .Patrick#396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Alexandria, Virginia 22003
(703) 256-7754
(703) 256-7883-facsimile
rpatrick@patrickhenry.net

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov