IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiff, by counsel, and moves this Honorable Court for leave to file an amended Complaint. The grounds are as follows.

1. On May 19, 2006, the Plaintiff filed another EEO complaint against the Agency alleging discrimination based on gender, age, retaliation and disability. The facts and claims of this EEO complaint are related to the facts and claims in the Complaint currently pending before this Court.

2. On April 1, 2007, the Agency issued its final decision which was received by the Plaintiff's counsel on April 5, 2007. The Plaintiff now exercises his right to file suit in this Court.

3. The defendant has consented to the filing of this Motion and to the amendment of the Complaint.

WHEREFORE, for the above reasons, the Plaintiff respectfully requests that this Honorable Court allow him to file an amended Complaint.

Respectfully submitted,

KEITH DIGGS

By Counsel

PATRICK HENRY LLP


By:_____/s/_____
Richard E. Patrick, D.C. Bar # 396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
(703) 256-7754
(703) 256-7883-Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April, 2007, a true and exact copy of the foregoing Plaintiff's Motion Unopposed Motion for Leave to File an Amended Complaint was sent by facsimile and mailed by first class mail, postage pre-paid, to Benton G. Peterson, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF HIS UNOPPOSED
MOTION FOR LEAVE TO FILE AN AMENDED HIS COMPLAINT**

1. Rule 15 of the Federal Rules of Civil Procedure.

2. Local Rule LCvR 7.

3. Local Rule LCvR 15.1.

4. The entire file herein.

Respectfully submitted,

KEITH DIGGS

By Counsel

PATRICK HENRY LLP


By:_____/s/_____
Richard E. Patrick, D.C. Bar # 396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
(703) 256-7754
(703) 256-7883-Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2007, a true and exact copy of the foregoing Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, a Memorandum of Points and Authorities and a proposed Order were sent by facsimile and mailed by first class mail, postage pre-paid, to Benton G. Peterson, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| JOHN E. POTTER, POSTMASTER GENERAL, | : |
| Defendants. | : |

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, the entire record herein, and for good cause shown, it is, hereby

ORDERED that Plaintiff's Motion is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff's Second Amended Complaint is hereby deemed filed, and it is

FURTHER ORDERED that Defendant shall have up to and including the _____ day of _____, 2007 to file his Answer.

                 Entered this _____ day of: _____, 2007.

                                               _____
                                                 UNITED STATES DISTRICT JUDGE