UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

## PARTIES' JOINT REPORT

Pursuant to the Court's April 10, 2007 Order, Plaintiff, Keith Diggs, and Defendant, John E. Potter , U.S. Postmaster, (collectively "the parties") by their undersigned counsel, file the following Joint Status Rreport.

As of the date of this Report, mediation between the parties has been unsuccessful; however, another mediation session is scheduled for July 24, 2007. In the meantime, the parties will continue to engage in discovery.

Respectfully submitted,

_____*/s/*_____
Richard E .Patrick D.C. Bar #396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Alexandria, Virginia 22003
(703) 256-7754
(703) 256-7883-facsimile
rpatrick@patrickhenry.net

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov