IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS/DAR) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE MEDIATION**

The case is set for mediation at 11:00 a.m. on July 24, 2007, before Magistrate Judge Robinson. After good faith discussions among the parties, parties wish to postpone the mediation session until after the close of the formal discovery period due to a need conduct more discovery to continue to establish the basis upon which to conduct the settlement negotiations.

WHEREFORE, parties move that the mediation session set for July 24, 2007, be postponed until after discovery is complete at which time the parties will report to the Court as to the need for a new mediation session to be established at a date convenient to the Court.

Respectfully submitted,

_____/s/_____
Richard E .Patrick#396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Alexandria, Virginia 22003
(703) 256-7754
(703) 256-7883-facsimile
rpatrick@patrickhenry.net

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov