IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS/DAR) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

## PARTIES' JOINT REPORT

Pursuant to the Court's July 10, 2007 Order and Fed. R. Civ. P. 26 (f), Plaintiff, Keith Diggs, and Defendant, John E. Potter, U.S. Postmaster, (collectively "the parties") by their undersigned counsel, respectfully and jointly file this status report and motion to set the schedule for discovery and briefing in this action.

## JOINT STATUS REPORT

**Background.** The parties have entered into sincere and meaningful settlement discussions on March 1, 2007 before the Honorable Magistrate Judge Robinson. At the March 1, 2007 session, settlement goals approximate values were exchanged among the parties. The plaintiff also informed defendant of his desire to amend his complaint to add claims that had been presumptively exhausted at the administrative level. In light of these new claims, the parties agreed to adjourn and exchange information informally to assist in the pursuit of settlement. On April 17, 2007, the parties reconvened before the Honorable Magistrate Judge Robinson but were unable to reach an agreement on the value of the new claims in the context of settlement. The parties then agreed to exchange more information informally through discovery requests in order to possibly aid bridging the gap between the parties. Both parties recognized

- 2 -

the utility of exploring all efforts to resolve this matter before incurring the burden and expense of full discovery on all issues.  In accordance with that recognition, parties attempted to proceed cooperatively by exchanging information focused on issues that could possibly be resolved by documentation only.  However, the parties now realize that full discovery may be necessary to allow for a better understanding of strengths and liabilities on both sides.  To wit, the parties have exchanged discovery requests and are awaiting responses and deposition date scheduling.  Nevertheless, the parties remain cautiously optimistic that effective settlement discussions can continue after document exchange and depositions.

**The current schedules for briefing and discovery**.  It is the parties' understanding that the Court has not set a formal discovery or briefing schedule, therefore the parties submit the following Joint Motion.

## JOINT MOTION FOR A SCHEDULE FOR DISCOVERY AND BRIEFING

Pursuant to Rule 6, Fed. R. Civ. P., the parties jointly respectfully request that the Court enter the following schedule for discovery and briefing, which would modify and replace the existing schedule:

| Event | Date |
|---|---|
| Plaintiff's Rule 26 (a) (2) Expert Disclosures | By September 14, 2007 |
| Defendant's Rule 26 (a) (2) Expert Disclosures | By October 30, 2007 |
| Complete Discovery | By December 14, 2007 |
| Mediation | Between December 14, 2007 to January 25, 2008 |
| Filing of Dispositive Motions | By February 25, 2008 |

| | |
|---|---|
| Filing of Oppositions to Dispositive Motions | 30 days after dispositive motions are filed |
| Filing of Replies | 15 days after oppositions are filed |

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter the proposed discovery and briefing schedule. A proposed order consistent with the relief requested is attached.

Dated: July 20, 2007                                          Respectfully submitted,


_____*/s/*_____           _____/s_____
Richard E .Patrick#396571                                JEFFREY A. TAYLOR, BAR # 498610
PATRICK HENRY LLP                                        United States Attorney
7619 Little River Turnpike
Suite 340
Alexandria, Virginia 22003                               _____/s_____
(703) 256-7754                                           RUDOLPH CONTRERAS, Bar # 434122
(703) 256-7883-facsimile                                 Assistant United States Attorney
rpatrick@patrickhenry.net

Attorneys for Plaintiff                                  _____/s_____
                                                         BENTON G. PETERSON, Bar #1029849
                                                         Assistant United States Attorney
                                                         Judiciary Center Building
                                                         555 4th Street, N.W. B Civil Division
                                                         Washington, D.C. 20530
                                                         (202) 514-7238 514-8780 (Facsimile)
                                                          Benton.Peterson@usdoj.gov


                                                         Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS/DAR) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Joint Status Report and Motion For a Schedule for Discovery and Briefing, and the entire record in this case, it is hereby

ORDERED that parties' motion is hereby GRANTED; and it is

FURTHER ORDERED that the following deadlines are instituted:

| |
|---|
| Plaintiff's Rule 26 (a) (2) Expert Disclosures (if any)- By September 14, 2007<br>Defendant's Rule 26 (a) (2) Expert Disclosures (if any)- By October 30, 2007 |
| Complete Discovery - By December 14, 2007 |
| Mediation-Between- December 14, 2007- January 25, 2008 |
| Filing of Dispositive Motions- By February 25, 2007 |
| Filing of Oppositions to Dispositive Motions- 30 days after dispositive motions are filed |
| Filing of Replies-15 days after dispositive motions are filed |

_____

Dated: _____      UNITED STATES DISTRICT JUDGE