IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS/DAR) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Joint Status Report and Motion For a Schedule for Discovery and Briefing, and the entire record in this case, it is hereby

ORDERED that parties' motion is hereby GRANTED; and it is

FURTHER ORDERED that the following deadlines are instituted:

| |
|---|
| Plaintiff's Rule 26 (a) (2) Expert Disclosures (if any)- By September 14, 2007<br>Defendant's Rule 26 (a) (2) Expert Disclosures (if any)- By October 30, 2007 |
| Complete Discovery - By December 14, 2007 |
| Mediation-Between- December 14, 2007- January 25, 2008 |
| Filing of Dispositive Motions- By February 25, 2007 |
| Filing of Oppositions to Dispositive Motions- 30 days after dispositive motions are filed |
| Filing of Replies-15 days after dispositive motions are filed |

_____
Dated: _____   UNITED STATES DISTRICT JUDGE