UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS<br>826 Booker Place<br>Capitol Heights, Maryland 20743<br><br>         Plaintiff<br>   v.<br><br>JOHN E. POTTER<br>Postmaster General<br>475 L'Enfant Plaza, S.W., Rm., 10022<br>Washington, D.C.  20260-2200<br><br>         Defendant. | Civil Action No.: 05-1112 (EGS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Benton Peterson as counsel for Defendant in the above-captioned case.

                              /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Richard E. Patrick**, via Electronic Case Filing (ECF).

**RICHARD E. PATRICK**
6377 Little River Turnpike
Alexandria, VA 22312

        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov