UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS,  )<br>  )<br>        Plaintiff,  )<br>v.  )<br>  )<br>  )<br>JOHN E. POTTER,  )<br>Post Master General  )<br>  )<br>        Defendant.  )<br>  ) | Civil Action No. 05-1112 (EGS)<br>(ECF) |

**MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY**

The United States Postal Service ("Defendant"), through the undersigned, hereby moves for a ninety-day extension of time to conduct discovery up to and including January 28, 2008. Currently, discovery ends on December 12, 2007. Good cause exists to grant this motion.

    1.    This case was recently reassigned to the undersigned. As a result of recent heavy motion practice in other matters and a two week period away from the office for mandatory training, it has taken the undersigned longer than expected to become fully acquainted with the issues in this case.

    2.    Defendant requires additional time to confer with Agency Counsel to ensure that all its discovery obligations have been satisfied as well as to ensure that it has all the discovery needed to proceed.

    3.    To date, no depositions have been taken in this matter.

    4.    Pursuant to Local Rule 7(m), undersigned contacted opposing counsel who does not oppose this request.

    5.    The undersigned anticipates conferring further with opposing counsel to revise the existing discovery schedule to ensure that all discovery is completed within the proposed

timetable.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

Dated: October 30, 2007                           Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@justice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2007, I caused the foregoing Motion for Enlargement of Time to Conduct Discovery, on Plaintiff's attorney, Richard Ethelbert Patrick, via the Court's Electronic Case Filing system.

/s/
_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7157
kenneth.adebonojo@justice.com