IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**<u>PLAINTIFF'S MOTION TO COMPEL</u>**

     NOW COMES the plaintiff, by his counsel, and moves this Honorable Court for an Order compelling the Defendant to respond to Plaintiff's first set of interrogatories and first request for production of documents and for attorney's fees and costs. As grounds therefore, the plaintiff states as follows:

     1.     On July 13, 2007, Plaintiff served his first set of interrogatories (Exhibit 1) and his first request for production of documents (Exhibit 2) on the Defendant.

     2.     Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, the Defendant was required to respond to Plaintiff's interrogatories and requests for production of documents within 30 days from the date of service or by August 15, 2007.

     3.     As of the date of this motion, the Defendant has not responded to Plaintiff's first set of interrogatories and first requests for production of documents.

     4.     Pursuant to Local Rule LCvR7 (m), on December 11, 2007, Plaintiff's counsel conferred by telephone with Defendant's counsel, but the parties were unable to reach agreement regarding the instant motion.

5. Defendant has no good reason for failing to respond to Plaintiff's interrogatories and requests for production of documents, and Defendant's failure is continuing to prejudice the rights of the Plaintiff.

6. By failing to respond to the Plaintiff's first set of interrogatories and first request for production of documents in a timely manner, the Defendant has waived any objections he might have otherwise had.

WHEREFORE, the Plaintiff requests that this Honorable Court Order the Defendant to respond to Plaintiff's first set of interrogatories and requests for production of documents within 5 days of the granting of the motion to compel, and order the Defendant to pay to the Plaintiff his attorney's fees and costs incurred in filing this motion.

    Respectfully submitted,

    KEITH DIGGS

    By Counsel
    PATRICK HENRY LLP


    By:_____/s/_____
    Richard E. Patrick, D.C. Bar # 396571
    PATRICK HENRY LLP
    7619 Little River Turnpike, Suite 340
    Annandale, Virginia 22003
    (703) 256-7754
    (703) 256-7883-Facsimile
    rpatrick@patrickhenry.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2007, a true and exact copy of the foregoing Plaintiff's Motion to Compel will be served via the Court's Electronic Filing System on Kenneth Adebonojo, Esquire, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for Defendant John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick