IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH DIGGS,                             :
                                         :
            Plaintiff,                   :
                                         :
v.                                       : Civil Action No.: 05-CV-01112 (EGS)
                                         :
JOHN E. POTTER,                          :
POSTMASTER GENERAL                       :
                                         :
            Defendants.                  :

**CERTIFICATION REGARDING PLAINTIFF'S
ATTEMPTS TO RESOLVE THE MOTION TO COMPEL**

Pursuant to Local Rule LCvR7 (m), on December 11, 2007, Plaintiff's counsel conferred by telephone with Defendant's counsel, but the parties were unable to reach agreement regarding the instant motion.

Prior to December 11, 2007, Plaintiff's counsel, on several occasions, contacted counsel for the Defendant in an attempt to determine when the Defendant would respond to the Plaintiff's first request for production of documents and first set of interrogatories; however, Defendant has not stated when the responses would be forthcoming.

Respectfully submitted,


_____/s/_____
Richard E. Patrick, D.C. Bar # 396571
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
(703) 256-7754
(703) 256-7883-Facsimile
Rpatrick@patrickhenry.net

**EXHIBIT 3**