IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Compel, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and any Reply thereto, it is hereby

ORDERED that Plaintiff's motion be and it is hereby granted, and it is

FURTHER ORDERED that within 10 days of the date of this Order, Defendant shall fully respond to Plaintiff's first set of interrogatories and first request for production of documents, and it is

FURTHER ORDERED that the defendant and Ms. Sylvester shall pay the plaintiff's attorney's fees in the amount of $_____ incurred in bringing this motion, said fees to be paid within five days from the date of this Order.

SO ORDERED this_____ day of _____ 2007.


_____
United States District Judge

copies to:

Richard E. Patrick, D.C.
PATRICK HENRY LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia   22003

Kenneth Adebonojo, Esquire
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530