IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF HIS MOTION TO COMPEL THE DEFENDANT TO
RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

1.  Local Rule LCvR 7.

2.  Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure.

3.  The Scheduling Order in the referenced matter.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant his motion to compel and for attorney's fees and costs.

    Respectfully submitted,

    KEITH DIGGS

    By Counsel
    PATRICK HENRY LLP


    By:_____/s/_____
        Richard E. Patrick, D.C. Bar # 396571
        PATRICK HENRY LLP
        7619 Little River Turnpike, Suite 340
        Annandale, Virginia 22003
        (703) 256-7754
        (703) 256-7883-Facsimile
        rpatrick@patrickhenry.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2007, a true and exact copy of the foregoing Plaintiff's Motion to Compel will be served via the Court's Electronic Filing System on Kenneth Adebonojo, Esquire, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick