**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )Case No. 1:05CV-1112 (EGS) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

**PARTIES' JOINT MOTION REQUESTING A**
**CONTINUANCE OF THE MEDIATION DATE**

NOW Come the Parties, by their respective counsel, and move this Honorable Court to

enter an Order rescheduling the mediation date from January 3, 2008 at 9:30 a.m. to February 13,

2008 at 9:30 a.m. The grounds are as follows:

1.      Mediation in this matter is scheduled for January 3, 2008 at 9:30 a.m.

2.      Discovery is still ongoing and the Plaintiff has filed a motion to compel.

3.      To conserve judicial resources, and in the interest of judicial economy, the Parties

respectfully request that mediation in this matter be rescheduled to February 13, 2008 at 9:30

a.m.

5.      This request is not for delay; is for good cause, and is in the interest of justice.

6.      Neither party will be prejudiced if the Court reschedules the mediation to

February 13, 2008 at 9:30 a.m.

WHEREFORE, the Parties respectfully request that this Court enter an Order

rescheduling the mediation date from January 3, 2008 at 9:30 a.m. to February 13, 2008 at 9:30

a.m.

Respectfully submitted,

KEITH B. DIGGS

By Counsel

PATRICK HENRY LLP


By:_____/s/_____

        Richard E. Patrick, D.C. Bar # 396571
        PATRICK HENRY LLP
        7619 Little River Turnpike
        Suite 340
        Annandale,  Virginia   22003
        (703) 256-7754
        (703) 256-7883-fax
        rpatrick@patrickhenry.net

DEFENDANT
By:

        _____

        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


        _____

        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney


        _____/s/_____

        KENNETH ADEBONOJO
        Assistant United States Attorney
        United States Attorney's Office
        555 4th St., N.W.
        Washington, D.C. 20530
        Phone: (202)514-7157
        Facsimile: (202)514-8780
        kenneth.adebonojo@usdoj.gov