# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Parties' Joint Request for a Continuance of the Mediation Date, for good cause shown, it is hereby,

ORDERED, that the Parties' Joint Motion be and is hereby granted, and it is

FURTHER ORDERED that mediation in this matter is rescheduled from January 3, 2008 at 9:30 a.m. to February 13, 2008 at 9:30 a.m.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE