UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH B. DIGGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 05-1112 (EGS/DAR) |
| | ) (ECF) |
| **JOHN E. POTTER,** | ) |
| Post Master General | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Federal Rules of Civil Procedure, John E. Potter, Postmaster General, ("Defendant") respectfully requests an enlargement of time up to and including January 28, 2008, to file an opposition to Plaintiff's Motion to Compel. In support of this motion, Defendant states the following:

    1.    Although the undersigned entered a substitution of counsel On July 25, 2007, he did not receive Plaintiff's Motion to Compel filed on December 11, 2007, electronically or otherwise. The undersigned did not become aware of Plaintiff's motion until the scheduled conference before the Court that was continued.

    2.    The undersigned was recently informed by ECF staff that he was actually "terminated", which explains why he did not receive a copy of said motion.

    3.    Since the filing of Plaintiff's motion, Defendant has provided the discovery that Plaintiff sought to compel.

    4.    The undersigned seeks this enlargement in order to prepare a response, while conferring with opposing counsel about the continued utility of the Motion to Compel.

5.	Pursuant to LCvR 7(m), Defendant contacted opposing counsel but has not heard back regarding his consent to this motion.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. The undersigned respectfully request a minute order.

January 11, 2008	Respectfully submitted,

	_/s/_____
	JEFFREY A. TAYLOR, D.C. BAR # 498610
	United States Attorney

	_/s/_____
	RUDOLPH CONTRERAS, D.C. BAR # 434122
	Assistant United States Attorney

	_/s/_____
	KENNETH ADEBONOJO
	Assistant United States Attorney
	Judiciary Center Building
	555 4th Street, N.W. – Civil Division
	Washington, D.C. 20530
	(202) 514-7157
	(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 11th day of January 2008, I caused the foregoing Defendant's Motion to Enlarge Time to Oppose Plaintiff's Motion to Compel to be served on Plaintiff's attorney, Richard E. Patrick, Esq., via the Court's Electronic Case Filing system.

    _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)