IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH DIGGS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 05-CV-01112 (EGS) |
| : | |
| **JOHN E. POTTER,** : | |
| **POSTMASTER GENERAL,** : | |
| : | |
| **Defendants.** : | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES the Plaintiff, by counsel, and files his opposition to Defendant's motion for an extension of time to respond to Plaintiff's motion to compel, and states as follows:

While the Defendant alleges that he was not served with the Plaintiff's motion to compel as a result of being left of the CM/ECF's system, Defendant's counsel, who made his initial appearance in this matter on July 25, 2007, has the burden of ensuring that he is properly registered with the Court's ECF System.  Plaintiff filed his motion to compel on December 11, 2007, more than five months after Defendant's counsel made his initial appearance electronically.  Moreover, it appears that Defendant's prior counsel was electronically notified of the filing of the motion to compel.

Ordinarily Defendant's response to the motion to compel would have been due on or before December 28, 2007; however, Defendant seeks to file his response to the Plaintiff's motion to compel on January 28, 2008, about one month after the response was due.

There is no good cause for this extension, especially in light of the fact that the Defendant's responses to Plaintiff's interrogatories and requests for production of documents were due on or before August 16, 2007, having been served on July 13, 2007. Although Defendant recently served answers, these answers are deficient in many respects, including raising untimely objections.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny the Defendant's motion for an extension of time.

>Respectfully submitted,
>
>KEITH DIGGS
>
>By Counsel
>PATRICK HENRY LLP
>
>By:_____/s/_____
>Richard E. Patrick, D.C. Bar # 396571
>Attorney for Keith Diggs
>PATRICK HENRY LLP
>7619 Little River Turnpike, Suite 340
>Annandale, Virginia 22003
>(703) 256-7754
>(703) 256-7883-Facsimile
>rpatrick@patrickhenry.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2007, a true and exact copy of the foregoing Plaintiff's Objection to Defendant's Motion for an Enlargement of Time to Respond to the Plaintiff's Motion to Compel will be served via the Court's Electronic Filing System on:

Kenneth Adebonojo, Esquire
Attorney for John E. Potter
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780-Facsimile
kenneth.adebonojo@usdoj.gov,


      _____/s/_____
      Richard E. Patrick, D.C. Bar # 396571
      Attorney for Keith Diggs
      PATRICK HENRY LLP
      7619 Little River Turnpike, Suite 340
      Annandale, Virginia 22003
      (703) 256-7754
      (703) 256-7883-Facsimile
      rpatrick@patrickhenry.net