IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF THE
DISCOVERY DEADLINE TO ALLOW PLAINTIFF TO TAKE DEPOSITIONS**

NOW COMES the Plaintiff, by his counsel, and moves this Honorable Court for an Order extending the discovery deadline to allow the Plaintiff to take depositions: As grounds therefore, the plaintiff states as follows:

1. Discovery in this case closes on January 28, 2008.

2. Plaintiff has filed a motion to compel the defendant to respond to Plaintiff's request for production of documents and Plaintiff's first set of interrogatories.

3. Defendant has requested that the Court give him until January 28, 2008 to respond to Plaintiff's motion to compel.

4. Plaintiff has not yet taken depositions.

5. Prior to taking depositions, the Plaintiff needs full answers from the defendant to Plaintiff's request for production of documents and Plaintiff's first set of interrogatories.

6. Defendant will not fully respond to Plaintiff's request for production of documents and Plaintiff's first set of interrogatories prior to January 28, 2008.

7.Plaintiff's counsel contacted defendant's counsel to determine whether defendant consented to this motion; however, plaintiff's counsel did not receive a response.

WHEREFORE, the Plaintiff requests that this Honorable Court extend discovery in this matter solely to allow the Plaintiff to take depositions.

Respectfully submitted,

KEITH DIGGS

By Counsel
PATRICK HENRY LLP


By:_____/s/_____
Richard E. Patrick, D.C. Bar # 396571
PATRICK HENRY LLP
7619 Little River Turnpike, Suite 340
Annandale, Virginia 22003
(703) 256-7754
(703) 256-7883-Facsimile
rpatrick@patrickhenry.net


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2008, a true and exact copy of the foregoing Plaintiff's Motion to Extend the Discovery Deadline to Allow Plaintiff to Take Depositions, Memorandum of Points and Authorities and Proposed Order will be served via the Court's Electronic Filing System on Kenneth Adebonojo, Esquire, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for Defendant John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick

2