IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL, | : |
| | : |
| Defendants. | : |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion for an Extension of the Discovery Deadline to Allow the Plaintiff to Take Depositions, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and any Reply thereto, it is hereby

ORDERED that Plaintiff's motion be and it is hereby granted, and it is

FURTHER ORDERED that discovery in this matter is extended until the _____ day of _____ solely to allow the Plaintiff to take depositions.

SO ORDERED this_____ day of _____ 2007.

_____
United States District Judge

copies to:

| | |
|---|---|
| Richard E. Patrick, D.C. | Kenneth Adebonojo, Esquire |
| PATRICK HENRY LLP | Assistant U.S. Attorney |
| 7619 Little River Turnpike | Judiciary Center Building |
| Suite 340 | 555 4th Street, N.W., Civil Division |
| Annandale, Virginia  22003 | Washington, D.C. 20530 |