IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH DIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 05-CV-01112 (EGS) |
| | : |
| JOHN E. POTTER, | : |
| POSTMASTER GENERAL | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF HIS MOTION TO EXTEND THE DISCOVERY
DEADLINE TO ALLOW THE PLAINTIFF TO TAKE DEPOSITIONS**

1. Local Rule LCvR 7.

2. The Scheduling Order in the referenced matter.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant his motion to extend the discovery deadline to allow him to take depositions.

                                                      Respectfully submitted,

                                                      KEITH DIGGS

                                                      By Counsel
                                                      PATRICK HENRY LLP

By:_____/s/_____
            Richard E. Patrick, D.C. Bar # 396571
            PATRICK HENRY LLP
            7619 Little River Turnpike, Suite 340
            Annandale, Virginia 22003
            (703) 256-7754
            (703) 256-7883-Facsimile
            rpatrick@patrickhenry.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2008, a true and exact copy of the foregoing Plaintiff's Motion to Extend the Discovery Deadline to Allow Plaintiff to Take Depositions, Memorandum of Points of Authorities and Proposed Order will be served via the Court's Electronic Filing System on Kenneth Adebonojo, Esquire, Assistant U.S. Attorney, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530, counsel for Defendant John E. Potter, U.S. Postmaster General.

_____/s/_____
Richard E. Patrick