UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 05-1112 (EGS) |
| ) | (ECF) |
| JOHN E. POTTER, ) | |
| Post Master General ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO ENLARGE TIME TO TAKE PLAINTIFF'S DEPOSITION**

The United States Postal Service ("Defendant"), through the undersigned, hereby moves for an extension of time to take Plaintiff's deposition until March 31, 2008. Currently, discovery ends on January 28, 2008. Good cause exists to grant this motion.

1. Because this case has a fairly long history, it took the undersigned a little bit of time to get up to speed. Nevertheless, Defendant recently provided responses to Plaintiff's discovery requests.

2. The additional time sough anticipates potential scheduling difficulties.

3. To date, no depositions have been taken in this matter.

4. Pursuant to Local Rule 7(m), undersigned contacted opposing counsel but has not heard back. The undersigned anticipates conferring further with opposing counsel to ensure that all depositions are taken by March 31, 2008.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

Dated: January 28, 2008                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7157
kenneth.adebonojo@justice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January 2008, I caused the foregoing Motion for Enlargement of Time to Conduct Plaintiff's deposition, on Plaintiff's attorney, Richard Ethelbert Patrick, via the Court's Electronic Case Filing system.

/s/

KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@justice.com