IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH B. DIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:05CV-1112 (EGS) |
| | ) |
| JOHN E. POTTER, | ) |
| U.S. POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

**PARTIES' JOINT MOTION REQUESTING A
CONTINUANCE OF THE MEDIATION DATE**

NOW Come the Parties, by their respective counsel, and move this Honorable Court to enter an Order rescheduling the mediation date from February 13, 2008 at 9:30 a.m. to April 15, 2008 at 9:30 a.m. The grounds are as follows:

1. Mediation in this matter is scheduled for February 13, 2008 at 9:30 a.m.

2. Discovery is still ongoing.

3. To conserve judicial resources, and in the interest of judicial economy, the Parties respectfully request that mediation in this matter be rescheduled to April 15, 2008 at 9:30 a.m.

5. This request is not for delay; is for good cause, and is in the interest of justice.

6. Neither party will be prejudiced if the Court reschedules the mediation to April 15, 2008 at 9:30 a.m.

WHEREFORE, the Parties respectfully request that this Court enter an Order rescheduling the mediation date from February 13 at 9:30 a.m. to April 15, 2008 at 9:30 a.m.

Respectfully submitted,

KEITH B. DIGGS

By Counsel

PATRICK HENRY LLP


By:_____/s/_____
    Richard E. Patrick, D.C. Bar # 396571
    PATRICK HENRY LLP
    7619 Little River Turnpike
    Suite 340
    Annandale, Virginia 22003
    (703) 256-7754
    (703) 256-7883-fax
    rpatrick@patrickhenry.net

DEFENDANT

By:
    _____
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    United States Attorney


    _____
    RUDOLPH CONTRERAS, D.C. BAR #434122
    Assistant United States Attorney


    _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    United States Attorney's Office
    555 4th St., N.W.
    Washington, D.C. 20530
    Phone: (202)514-7157
    Facsimile: (202)514-8780
    kenneth.adebonojo@usdoj.gov