## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith B. Diggs, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| John E. Potter | ) Civil Action No. 05-cv-01112 |
| Postmaster General | ) ECF |
| U.S. Postal Service | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Assistant United States Attorney Kenneth A. Adebonojo as counsel of record for Defendant in the above-captioned case.

Dated: March 5, 2008                                       Respectfully submitted,

                                                                /s/ Raymond A. Martinez
                                          Raymond A. Martinez
                                          Special Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C.  20530
                                          Phone: (202) 514-9150
                                          Fax: (202) 514-8780
                                          Raymond.Martinez2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2008, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's counsel, via first class, postage pre-paid mail, addressed as follows:

Richard E. Patrick
Patrick Henry, LLP
7619 Little River Turnpike
Suite 340
Alexandria, Virginia 22003
703-256-7754
703-256-7883–facsimile
rpatrick@patrickhenry.net
.

    /s/   Raymond A. Martinez
Raymond A. Martinez
Special Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-9150
Fax: (202) 514-8780
Raymond.Martinez2@usdoj.gov