UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEITH DIGGS,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1112 (EGS) |
| **JOHN E. POTTER,** Postmaster General, | ) ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant, by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 60 days to, and including, November 7, 2008, to file a motion for summary judgment in this case brought under Title VII of the Civil Rights Act of 1964, as amended, and The Rehabilitation Act of 1973, as amended. Defendant's motion for summary judgment is due on September 8, 2008, pursuant to the Court's Minute Order dated July 15, 2008. Plaintiff, through counsel, consents to the requested enlargement and requests permission to file a motion for summary judgment. A proposed order setting a new briefing schedule is attached.

Undersigned counsel, who has recently re-joined the Civil Division, filed a notice of substitution of counsel in this case on August 21, 2008 following the departure of the Special Assistant United States Attorney previously assigned to the case. Defendant requests additional time for undersigned counsel to review the case files and discovery in this case, to confer and consult with agency counsel, and to prepare the motion for summary judgment.

WHEREFORE, defendant respectfully requests an enlargement of time of 60 days to file a motion for summary judgment.

                                Respectfully submitted,

                                /s/
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                /s/
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                                /s/
                              JOHN G. INTERRANTE
                              PA Bar # 61373
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7220
                              (202) 514-8780 (fax)
                              John.Interrante@usdoj.gov