UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEITH DIGGS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1112 (EGS)** |
| | ) | |
| **JOHN E. POTTER,** | ) | |
| **Postmaster General,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon Consideration of the Defendant's Consent Motion for Enlargement of Time to File Motion for Summary Judgment, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the parties shall comply with the following revised briefing schedule:

(1) Motions for summary judgment shall be filed on or before November 7, 2008;

(2) Opposition briefs shall be filed on or before December 22, 2008; and

(3) Replies shall be filed on or before January 22, 2009.

It is **SO ORDERED** this _____ day of _____, 2008.

                                                                                                _____
                                                                                                Emmet G. Sullivan
                                                                                                United States District Judge